| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF CALIFORNIA** | |
| **SEQUOIA FORESTKEEPER and EARTH ISLAND INSTITUTE,**<br><br>Plaintiffs,<br><br>v.<br><br>**ANN CARLSON, in her official capacity as the acting Forest Supervisor of the Sequoia National Forest; and the UNITED STATES FOREST SERVICE,**<br><br>Defendants. | **OLD CASE NO 1:18-cv-00331-LJO-SKO**<br><br>**NEW CASE NO 1:18-cv-00331-LJO-SAB**<br><br>**ORDER TO REASSIGN MAGISTRATE JUDGE** |

On March 9, 2018, the Court entered an order finding the above-captioned action related under this Court's Local Rule 123 to the action entitled *Earth Island Institute, et al. v. Elliott, et al.*, Case No. 1:17-cv-01320-LJO-MJS, and reassigning the action to U.S. District Judge Lawrence J. O'Neill and U.S. Magistrate Judge Michael J. Seng. (*See* Doc No. 5.) Due to the retirement of U.S. Magistrate Judge Seng, the Court thereafter reassigned the action entitled *Earth Island Institute, et al. v. Elliott, et al.*, Case No. 1:17-cv-01320-LJO-MJS, to U.S. Magistrate Judge Stanley A. Boone for all further proceedings, with new Case No. 1:17-cv-01320-LJO-SAB. (*See* Doc. No. 44.)

On April 19, 2018, the Court also reassigned the above-captioned action due to the retirement of U.S. Magistrate Judge Seng to U.S. Magistrate Judge Sheila K. Oberto. (*See* Doc. No. 10.) In view of the Court's order relating the above-captioned action to the action entitled *Earth Island Institute, et al. v. Elliott, et al.*, and the recent reassignment of that action to Magistrate Judge Stanley A. Boone, the Court finds assignment of the two actions to the same magistrate judge will promote convenience, efficiency and economy for the Court and parties.

1

Accordingly, on the basis of good cause, the Court ORDERS that the above-captioned action is reassigned to U.S. Magistrate Judge Stanley A. Boone with new CASE NO. 1:18-CV-00331-LJO-SAB. All documents shall bear the new CASE NO. 1:18-CV-00331-LJO-SAB and the reassignment to U.S. Magistrate Judge Boone.

IT IS SO ORDERED.

Dated: **April 23, 2018**                    **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE