# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEQUOIA FORESTKEEPER, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ANN CARLSON, et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-00331-LJO-SAB<br><br>ORDER GRANTING PRO HAC VICE APPLICATION<br><br>(ECF No. 19) |

The court has read and considered the application of Sara Ghafouri, attorney for defendant-intervenor Sierra Forest Products, for admission to practice Pro Hac Vice under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. The Court notes that Sara Ghafouri's application contains her typed name on the signature line without a "/s/" before the name. The Court also notes that the Pro Hac Vice application was filed through Thomas Brodersen's login and password.

The Local Rules define an electronic signature as follows:

> "Electronic Signature" is the signature on an electronically-filed document, constituting a combination of (1) the person's representative signature, "/s/ - Name" or a facsimile personalized signature on the signature line of the document, coupled with (2) the successful electronic filing of that document through use of the person's login and password. Alternatively, when a document is submitted to the Clerk on portable electronic media, signatures shall appear either as a facsimile of the original (in a scanned document placed on portable electronic media), or on a separate, scanned signature page if the document was published to .pdf and then placed on portable electronic media. In the latter

1

situation, the docket shall reflect submission of the signature page.

L.R. 101.

Therefore, Sara Ghafouri did not comply with Local Rule 101 for an electronic signature. As it appears that Sara Ghafouri's intent was to submit an electronic signature, Sara Ghafouri's application for admission to practice Pro Hac Vice is HEREBY GRANTED. However, if it was not Sara Ghafouri's intent to submit an electronic signature, then she shall notify the Court on or before June 19, 2018.

IT IS SO ORDERED.

Dated:  **June 15, 2018**

UNITED STATES MAGISTRATE JUDGE