1 RENÉ P. VOSS (CA Bar No. 255758)
Natural Resources Law
2 15 Alderney Road
San Anselmo, CA 94960
3 Phone: (415) 446-9027
Email: renepvoss@gmail.com
4 LEAD COUNSEL

5 MATT KENNA (CO Bar No. 22159), *Pro Hac Vice*
Public Interest Environmental Law
6 679 E. 2nd Ave., Suite 11B
Durango, CO 81301
7 Phone: (970) 749-9149
Email: matt@kenna.net

Attorneys for Plaintiffs

*Counsel for Federal Defendants and
Intervenor-Defendant Listed on Signature Page*

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEQUOIA FORESTKEEPER, *et al.*, | Case No. 1:18-cv-00331-LJO-SAB |
| Plaintiffs, | **STIPULATION AND ORDER FOR STAYING BRIEFING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT PENDING APPEAL IN RELATED CASE** |
| v. | |
| TERESA BENSON,[1] in her official capacity as the Forest Supervisor of the Sequoia National Forest, *et al.*, | |
| Federal Defendants, | |
| and | |
| SIERRA FOREST PRODUCTS, a California Corporation, | |
| Intervenor-Defendant. | |

---

[1] By operation of Federal Rule of Civil Procedure 25(d), Teresa Benson is automatically substituted in lieu of her predecessor in office.

## STIPULATION AND PROPOSED ORDER

IT IS HEREBY STIPULATED, by and among the parties and subject to Court approval, that:

(1) Briefing on the parties' cross-motions for summary judgment, as set forth in the Court's Scheduling Order (ECF No. 17), shall be stayed pending a decision on the appeal to be filed in the related case *Earth Island Institute, et al. v. Kevin Elliott, et al.*, E.D. Cal. Case No. 1:17-cv-01320-LJO-SAB ("the Bull Run case" or "Bull Run").

(2) The parties shall file a Joint Status Report within 60 days of the Ninth Circuit's issuance of the mandate in the Bull Run case regarding how the instant action should proceed.

The reasons for this Stipulation and Proposed Order are as follows:

In this action, Plaintiffs Sequoia ForestKeeper and Earth Island Institute allege that the United States Forest Service violated the National Environmental Policy Act ("NEPA"), 42 U.S.C. § 4332, by authorizing the Spear Creek Hazard Tree Mitigation Project in the Sequoia National Forest. Plaintiffs specifically allege that the Forest Service violated NEPA by approving the project pursuant to Categorical Exclusions rather than preparing an Environmental Assessment or Environmental Impact Statement. Plaintiffs further allege that the Forest Service violated NEPA by failing to explain why the project's potentially adverse effects on Pacific fishers and California spotted owls are not significant.

Plaintiffs alleged identical NEPA claims in the Bull Run case, in which this Court granted summary judgment in favor of the Forest Service and Sierra Forest Products on July 9, 2018. Plaintiffs will file a Notice of Appeal in the Bull Run case on or before July 31, 2018. The parties anticipate that the outcome of the appeal in the Bull Run case may affect the outcome of the instant action challenging the Spear Creek project.

///
///
///
///
///
///
///

Accordingly, the parties believe that staying briefing in this case pending resolution of the Bull Run appeal will conserve judicial resources and secure the just, speedy, and inexpensive determination of this action. *See* Fed. R. Civ. P. 1; *see also Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants.").

Dated: July 20, 2018

/s/ *René P. Voss* (authorized on 7/19/2018)
RENÉ P. VOSS
MATT KENNA, *Pro Hac Vice*

Attorneys for Plaintiffs

MCGREGOR W. SCOTT
United States Attorney

By: /s/ *Joseph B. Frueh*
JOSEPH B. FRUEH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:joseph.frueh@usdoj.gov
Telephone: (916) 554-2702
Facsimile: (916) 554-2900

Attorneys for Federal Defendants

/s/ *Sara Ghafouri* (authorized on 7/19/2018)
Sara Ghafouri, *Pro Hac Vice*
**American Forest Resource Council**
5100 S.W. Macadam, Suite 350
Portland, Oregon 97239
Telephone: (503) 222-9505
Fax: (503) 222-3255
E-mail: sghafouri@amforest.org

Thomas C. Brodersen
**WILLIAMS, BRODERSEN & PRITCHETT LLP**
2222 West Main Street
Visalia, California 93291
Telephone: (559) 635-9000
Facsimile: (559) 635-9085
E-mail: brodersen@wbplawyers.com

Attorneys for Defendant-Intervenor

IT IS SO ORDERED.

Dated: **July 25, 2018**          /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE